**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7405**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH JOHNSON, JR., a/k/a Joe Johnson, a/k/a
Joseph R. Johnson,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CR-96-180-A, CA-01-1077-AM)

_____

Submitted:  January 7, 2002          Decided:  January 24, 2002

_____

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Joseph Johnson, Jr., Appellant Pro Se.  William Neil Hammerstrom,
Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Johnson, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Johnson, Nos. CR-96-180-A; CA-01-1077-AM (E.D. Va. July 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED